## MEMORANDUM DECISIONS.

AMERICAN SURETY CO. OF NEW YORK v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. January 3, 1905.) No. 1,355. In Error to the District Court of the United States for the Northern District of Texas. Jos. E. Cockrell and Edward Gray, for plaintiff in error. Wm. H. Atwell, U. S. Atty. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the District Court is affirmed, on the reasoning in the opinion of Attorney General Knox, 23 Ops. Attys. Gen. 476, and in National Surety Company v. United States, 129 Fed. 70, 63 C. C. A. 512. See, also, section 4058, Rev. St. U. S. [U. S. Comp. St. 1901, p. 2756].

ATLANTIC & N. C. R. CO. v. CUYLER et al. (Circuit Court of Appeals, Fourth Circuit. September 22, 1904.) No. 554. Appeal from the Circuit Court of the United States for the Eastern District of North Carolina. Pou & Fuller, R. D. Gilmer, W. C. Munroe, A. D. Ward, O. H. Guion, Thomas J. Jarvis, and Busbee & Busbee, for appellants. Woodville Fleming, W. C. Maxwell, Argo & Shaffer, Day & Bell, and W. W. Clark, for appellees. Dismissed, under rule 20 (90 Fed. clxii, 31 C. C. A. clxii), by agreement of attorneys. See 132 Fed. 568, 570; 131 Fed. 95.

FIRST NAT. BANK OF CUERO, TEX., v. PEAVY. (Circuit Court of Appeals, Fifth Circuit. January 3, 1905.) No. 1,353. Appeal from the District Court of the United States for the Western District of Texas. J. B. Lewright, for appellant. C. A. Keller, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The opinion of Judge Maxey (127 Fed. 891), found in the record, fully covers the case, and we concur with him in his conclusion. The appellant was guilty of laches in the prosecution of his claim. The decree appealed from is affirmed.

GEORGIA IRON & COAL CO. v. SIMONDS. (Circuit Court of Appeals, Fifth Circuit. November 7, 1904.) No. 1,399. In Error to the Circuit Court of the United States for the Northern District of Georgia. For opinion below. see 133 Fed. 776. L. Z. Rosser and Morris Brandon, for plaintiff in error. Geo. L. Bell and C. L. Pettigrew, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and TOULMIN, District Judge.

PER CURIAM. After a careful consideration of the errors assigned, in the light of the record, briefs, and oral arguments, we find no reversible error, and, considering that the verdict and judgment do substantial justice between the parties, the judgment of the Circuit Court (133 Fed. 776) is affirmed.